UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-22356-CIV-ROSENBAUM/HUNT

INVESTMENTS AUSTRALIA, LLC, a Florida
limited liability company, by and through Seth R.
Heller, its court-appointed Receiver,

        Plaintiff,

v.

INTERNATIONAL INSURANCE COMPANY
OF HANNOVER, LIMITED, a British
corporation,

        Defendant.
_____/

## **ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This matter is before the Court on the Motion of Nanette L. Wesley seeking to appear *pro hac vice* as co-counsel for Defendant International Insurance Company of Hannover, Limited. [D.E. 13]. Ms. Wesley has paid a $75.00 fee, which covers *pro hac vice* admission in this case only. Ms. Wesley has also certified that she has studied the Local Rules of this Court.

Having considered the Motion and the accompanying Certification of Ms. Wesley, the Court hereby **GRANTS** the Motion to Appear *Pro Hac Vice*. [D.E. 13]. The Clerk shall provide Notices of Electronic Filing in this case to Ms. Wesley at nwesley@swandwlaw.com.

The Court reserves the power to withdraw permission to appear *pro hac vice* at any time before or during trial. Failure to abide by any Court Order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must be

2

prepared to represent Defendant adequately at any time, including at trial.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 29th day of July 2013.

*Robin S. Rosenbaum*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies:

The Honorable Patrick M. Hunt

Counsel of Record